# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| A.B. DEAN, III,<br>and THERESA SMITH DEAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COLONIAL BANK, NATIONAL ASSOCIATION, FAY SERVICING, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CITIGROUP MORTGAGE LOAN TRUST 2017-RP2, and FICTICIOUS PARTIES, A, B, C, WHOSE EXACT NAMES ARE UNKNOWN BUT WILL BE SUPPLEMENTED WHEN THE EXACT NAMES AND INFORMATION ARE DETERMINED,<br><br>    Defendants. | Case No.: 3:19-cv-00502-SMD |

## NOTICE AND JOINDER IN MOTION TO DISMISS

COMES NOW, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2 ("Wilmington"), and files this Notice regarding Citigroup Mortgage Loan Trust 2017-RP2, stating as follows:

1. On March 10, 2020, the Plaintiffs had a summons issued to Citigroup Mortgage Loan Trust 2017-RP2. A return of service was filed on March 27, 2020,

1

purportedly showing acceptance of a certified mailing of service of process. The signature is illegible and no name of the individual accepting service is stated.

2. Citigroup Mortgage Loan Trust 2017-RP2 is a trust and has been appearing in this case since the start through its trustee, Wilmington Savings Fund Society, FSB. *See* [Doc. 1].

3. To the extent that this Court views Citigroup Mortgage Loan Trust 2017-RP2 as a party separate and apart from its trustee, Citigroup Mortgage Loan Trust 2017-RP2 hereby joins in the partial motion to dismiss filed by Wilmington and Fay, [Doc. 18].

Respectfully submitted, this 8th day of April 2020.

*/s/ Amanda M. Beckett*
Timothy P. Pittman (ASB-0075-I51P)
Amanda M. Beckett (ASB-1884-N75B)
**RUBIN LUBLIN, LLC**
200 Clinton Avenue West, Suite 406
Huntsville, Alabama 35801
Tel:   (678) 281-2972
Fax:   (404) 601-5095
tpittman@rlselaw.com
abeckett@rlselaw.com

*Attorneys for Fay Servicing, LLC and Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2*

## **CERTIFICATE OF SERVICE**

I, Timothy P. Pittman, certify that on April 8, 2020, a true and correct copy of the foregoing was served upon all parties as follows:

J. Michael Williams, Sr. *via ECF email only*
Attorney for the Plaintiffs
P.O. Box 1068
Auburn, Alabama 36821-1068
mikewilliamslaw@yahoo.com

                                     */s/ Amanda M. Beckett*
                                     Amanda M. Beckett (ASB-1884-N75B)